RORY C. QUINTANA (SBN 258747)
HALLIE B. ALBERT (SBN 258737)
QUINTANA ALBERT LLP
201 Spear Street, Suite 1100
San Francisco, CA  94105
Telephone:   (415) 504-3121
Facsimile:    (415) 233-8770
Email:  rory@qalegal.com

Attorneys for Plaintiff
EILEEN BURKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN BURKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRIAD DIGITAL MEDIA, LLC, a Michigan limited liability company, d.b.a. TRIAD RETAIL MEDIA; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02592-JSC<br><br>[~~PROPOSED~~] ORDER RE NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>Complaint Filed:  06.05.14<br>Trial Date:          None Set |

**ORDER**

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), The Court hereby DISMISSES WITH PREJUDICE, all of the individual claims brought by Plaintiff EILEEN BURKE against Defendant TRIAD DIGITAL MEDIA, LLC.

**IT IS SO ORDERED**

Dated:   August 18    , 2014

By: _Jacqueline S. Corley_
HON. JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE

1